# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 10-63183 |
| Peter A. Wells | : | SSN: XXX-XX-2436 |
| Karin Wells | : | SSN: XXX-XX-2822 |
|  | : | Chapter 7 |
|  | : | Judge Caldwell |
| Debtor(s) | : |  |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Peter A. and Karin Wells, through counsel, who respectfully notify(ies) the Court that they have moved and that their new address is as follows:

223 Briarwood Court

South Bloomfield, OH 43103

/s/ Scott R. Needleman
Scott R. Needleman (0055533)
**The Needleman Law Office, LLC**
5300 E Main St., Suite 109
Columbus, OH  43213
(614) 575-1188 Phone
(614) 575-1186   Fax
*j.ives@srneedleman.com*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2015, a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and William B. Logan.

      /s/ Scott R. Needleman
      Scott R. Needleman (0055533)
      **The Needleman Law Office, LLC**